COMPLAINT UNDER 42 USC §1983, CIVIL RIGHTS ACT-TDCJ-ID (REV 7/87)

IN THE UNITED STATES DISTRICT COURT
FOR THE _Northern_____ DISTRICT OF TEXAS
_Whihite Falls___ DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

AUG 18 2003

CLERK, U.S. DISTRICT COURT
By_____
           Depu

_Joseph H Curtien #919317_____
**Plaintiff's name and ID Number**
James Allred Unit
2101 FM 369 N Iowa Park; Tx 76367
**Place of Confinement**

CASE NO: _7-03CV-168-R_
(Clerk will assign the number)

**v.**

Vikki Wright
2101 Fm 369 N. Iowa Park, Tx 76367
**Defendant's name and address**
Richard Wathen
2101 FM 369 N Iowa Park, Tx 76367
**Defendant's name and address**
Robert Treon
2101 FM 369 N Iowa Park, Tx 76367
**Defendant's name and address**
(DO NOT USE "ET AL.")

---

I.     **PREVIOUS LAWSUITS:**

A. Have you filed *any* other lawsuits in state or federal court relating to your imprisonment?          ____ YES     X  NO

B. If your answer to "A" is "yes", describe each lawsuit in the space below.
(If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

1. Approximate date of filing lawsuit: _____

2. Parties to previous lawsuit:
   Plaintiff(s)_____

   Defendant(s) _____

3. Court (If federal, name the district; if state, name the county)_____

4. Docket Number: _____

5. Name of judge to whom case was assigned: _____

6. Disposition: (Was the case dismissed, appealed, still pending?)

---

7. Approximate date of disposition: _____

II.    PLACE OF PRESENT CONFINEMENT: _AllRED    Unit_

III.    EXHAUSTION OF GRIEVANCE PROCEDURES:    _Life endangerment claim_
Have you exhausted both steps of the grievance procedure in this institution?    ___ YES _X_ NO
Attach a copy of the Step 2 grievance with the response supplied by the prison system.

IV.    PARTIES TO THIS SUIT:
A.    Name of address of plaintiff: _Joseph N. Cartier_
_2101 FM 369 N_
_Iowa Park, Tx  76367_

B.    Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: _Vikki Wright - head of classification at AllRED_
_2101 FM 369 N. Iowa Park, Tx  76367_
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_Allowing unsafe acts to take place against TDCJ policy._

Defendant #2: _Lanelle Woodruff - Classification at AllRED Unit_
_2101 FM 369 N. Iowa Park, Tx  76367_
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_Allowing unsafe acts to take place against TDCJ policy_

Defendant #3: _Tracy Kuyova - Classification at AllRED Unit_
_2101 FM 369 N  Iowa Park, Tx.  76367_
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_Allowing unsafe acts to take place against TDCJ policy_

Defendant #4: _Robert Treson - Warden AllRED Unit_
_2101 FM 369 N. Iowa Park, Tx  76367_
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_Allowing classification to run against TDCJ policy_

Defendant #5: _Richard Wathen - Asst Warden  AllRed unit_
_2101 FM 369 N. Iowa Park, Tx  76367_
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_Allowing unsafe acts to take place and NT running U.S.C. props_

V.    STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases of statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember that the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

_All members of classification do not properly classify anyone on this unit. All Defendants listed herein are aware of_

all the problems that I have on this unit. Classification is basing your celle on color, so why not make it a safe choice to begin with. This is a safety move. When you have people slicing up people cause them black or Mexican or white is wrong. Having segregation in cells only well eliminate most of fights that are caused in cell. Forced integration doest work. Mixing custody levels in same pod and buildings dont work. Having groups of people come from one pod to another is dangerous very unsafe.

## VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Stop mixing custody levels, stop overcrowding in pods, Make cells safe by segregating them.

## VII. BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases:

Joseph H. Cartier

B. List all TDCJ-ID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you, if known to you.

917319

## VII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?

___ YES X NO

B. If your answer is "yes", give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give district and division):_____
2. Case Number: _____
3. Approximate date sanctions were imposed: _____
4. Have the sanctions been lifted or otherwise satisfied? ___ YES ___ NO

C. Has any court ever warned or notified you that sanctions could be imposed? ___ YES ___ NO

D. If your answer is "yes", give the following information for every lawsuit in which warning was imposed. (If more than one, use another piece of paper and answer

the same questions.)

1. Court that imposed warning (if federal, give the district and division): _____
2. Case number: _____
3. Approximate date warnings were imposed: _____

Executed on: _July 30, 2003_ .
            DATE

_____
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.

2. I understand if I am released or transferred, it is my responsibility to keep the Court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

3. I understand that I must exhaust all available administrative remedies prior to filing this lawsuit.

4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions in a Court of the United States while incarcerated or detained in any facility, which lawsuits are dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire $150 filing fee and costs assessed by the Court, which shall be deducted in accordance with the law from my inmate account by my custodian until the filing fee is paid.

Signed this ___30___ day of ___July___, 20 _03_ .
            (Day)              (Month)              (Year)

_Joseph N. Cartier_
_____
(Signature of Plaintiff)

**WARNING:** The Plaintiff is hereby advised any false or deliberately misleading information provided in response to the following questions will result in the imposition of sanctions. The sanctions the Court may impose include, but are not limited to monetary sanctions and/or the dismissal of this action with prejudice.